UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     CR. NO.  06-20039
                                        HONORABLE LAWRENCE P. ZATKOFF

JACQUELINE BROWN,

        Defendant.

_____/

## ORDER ALLOWING THE
## EXTENSION OF TIME TO FILE OBJECTIONS
## TO THE PRESENTENCE INVESTIGATIVE REPORT

This matter having come before the Court by stipulation of the parties, and the Court being fully apprized of the request of the parties;

**IT IS HEREBY ORDERED** that the deadline for filing objections to the presentence report is extended to June 1, 2006, to allow respective counsel for both parties additional time to review the presentence report in order to properly respond and/or object to the presentence report.

**SO ORDERED.**

                                                               s/Lawrence P. Zatkoff
                                                               **LAWRENCE P. ZATKOFF**
                                                               **UNITED STATES DISTRICT JUDGE**

**Dated:  May 30, 2006**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 30, 2006.

<u>s/Marie E. Verlinde</u>
**Case Manager**
**(810) 984-3290**

2:06-cr-20039-LPZ-SDP   Doc # 10   Filed 05/30/06   Pg 2 of 2   Pg ID 15