UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CR. NO.  06-20039-DT-01
                                   HONORABLE LAWRENCE P. ZATKOFF

D-1 JACQUELINE BROWN,

        Defendant.
_____/


**ORDER**
**ADJOURNING SENTENCING DATE**


      This matter having come before the Court by stipulation of the parties, agreeing that an adjournment of the sentencing date is necessary due to the defendant's current health condition;

      THEREFORE, the Court finding under 18 U.S.C.§3161(h)(8)(A) and § (h)(8)(B)(iv) that, as a result, extraordinary circumstances exist and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial;

**IT IS HEREBY ORDERED** that the sentencing date is adjourned until July 13, 2006 at 10:00 a.m.;

**IT IS FURTHER ORDERED** that the delay occasioned by the adjournment of the sentencing date be considered excludable delay under 18 U.S.C. 3161(h)(8)(A) and (h)(8)(B)(iv).

**SO ORDERED.**

s/Lawrence P. Zatkoff
**LAWRENCE P. ZATKOFF**
**UNITED STATES DISTRICT JUDGE**

**Dated:  June 20, 2006**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 20, 2006.

s/Marie E. Verlinde
**Case Manager**
**(810) 984-3290**